[No. 59129-1-I.  Division One.  November 26, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. IDLAND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00245-8, Ronald Kessler, J., entered October 17, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59178-9-I.  Division One.  November 26, 2007.]

JUDITH LUNDBERG, *Appellant*, v. DAVID LASCELLES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 06-2-14424-4, Laura C. Inveen, J., entered October 26, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 32270-6-II.  Division Two.  November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK JOSEPH DeMARTINI, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 04-1-00416-9, Jay B. Roof, J., entered August 13, 2004. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.

[No. 34541-2-II.  Division Two.  November 27, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH RANDALE DOOR, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-05424-6, Bryan E. Chushcoff, J., entered February 13, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Van Deren, J.